United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN C. REED,

Plaintiff,

v.

BENJAMIN MOORE & CO.,

Defendant.

Case No.  25-cv-10685-HSG

**SCHEDULING ORDER**

A case management conference was held on March 24, 2026.  Having considered the parties' proposals, *see* Dkt. No. 13, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | July 23, 2026 |
| Close of Fact Discovery | October 22, 2026 |
| Exchange of Opening Expert Reports | November 5, 2026 |
| Exchange of Rebuttal Expert Reports | November 19, 2026 |
| Close of Expert Discovery | December 4, 2026 |
| Dispositive Motion Hearing Deadline | Thursday, January 21, 2026, at 2:00 p.m. |
| Pretrial Conference | Tuesday, April 20, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | Monday, May 3, 2027, at 8:30 a.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    3/25/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge