Reset Form

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

IAN REED

                  **Plaintiff(s)**

v.

BENJAMIN MOORE & CO

                  **Defendant(s)**

CASE No C  4:25-cv-10685-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)


The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  July 22, 2026

Date: April 10, 2026             */s/ Ani Zargaryan*
                                    Attorney for Plaintiff

Date: April 10, 2026             */s/ Gabriel Rubin*
                                      Attorney for Defendant


☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:


DATE:  4/10/2026            *Haywood S. Gill Jr.*
                                   U.S. DISTRICT JUDGE


*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

Print Form