Gabriel N. Rubin (State Bar No. 241659)
Farheena A. Habib (State Bar No. 243405)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Gabriel.Rubin@jacksonlewis.com
E-mail: Farheena.Habib@jacksonlewis.com

Attorneys for Defendant
BENJAMIN MOORE & CO.

*Plaintiff's Counsel listed on the following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IAN C. REED,<br><br>       Plaintiff,<br><br>     v.<br><br>BENJAMIN MOORE & CO.; and<br>DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 4:25-cv-10685-HSG<br><br>**ORDER REGARDING THE PARTIES' JOINT STIPULATION TO CONTINUE THE MEDIATION DEADLINE**<br><br>Complaint Filed: November 6, 2025<br>Removal Filed: December 15, 2025 Trial Date: May 3, 2027 |

1

Adam Sherman (SBN 316351)
a.sherman@d.law
Ani A. Zargaryan (SBN 350797)
a.zargaryan@d.law
**D.LAW, INC.**
250 North Madison Avenue, 2nd Floor
Pasadena, California 91101-1639
Telephone: (818) 962-6465

Counsel for Plaintiff, Ian Reed

2

# **ORDER**

Plaintiff IAN REED and Defendant BENJAMIN MOORE & CO (collectively the "Parties") joint stipulation to continue the mediation deadline came before the Court. Having read the stipulation filed by the parties, IT IS ORDERED THAT:

1.      The Parties' stipulation is granted. The Parties' deadline to complete mediation is extended by an additional 14 days to August 5, 2026.

IT IS SO ORDERED.

Date:    6/24/2026

JUDGE OF THE DISTRICT
COURT

4928-6215-0327, v. 1

3

ORDER RE JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE   Case No. 4:25-cv-10685-HSG